# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

Bridget M. McCormack,
Chief Justice

160858(26)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SANDRA FLOEN, Personal Representative of the
ESTATE OF JASON HAIR,
　　　　　Plaintiff-Appellee,

v

　　　　　SC: 160858
　　　　　COA: 350477
　　　　　Oakland CC: 2018-167223-NH

STEVEN LEWIN, DO and PICS & PACS, INC.,
　　　　　Defendants-Appellants,

and

CEDAR MEDICAL SERVICES, PC, d/b/a
CAMPBELL URGENT CARE,
　　　　　Defendant.
_____/

　　　On order of the Court, the motion for reconsideration of this Court's May 26, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



a0921

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk